**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT          Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 25, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Kerosene Cowboys, Inc.<br>12400 Ventura Boulevard – #674<br>Studio City, CA 91604 | **Case Number:**<br>**1:10–bk–14812–MT** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt EIN/Tax I.D.: 26–2834485 |
| Attorney for Debtor(s) (name and address):<br>John D Monte<br>15303 Ventura Boulevard Ninth Floor<br>Sherman Oaks, CA 91403<br>Telephone number: 323–876–9918 | Bankruptcy Trustee (name and address):<br>Brad D Krasnoff<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone number: (213) 250–1800 |

## Meeting of Creditors:

Date: **June 1, 2010**                                                        Time: **09:00 AM**
Location: **21051 Warner Center Lane, #105, Woodland Hills,, CA 91367**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstanes, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367–6603<br>Telephone number: 818–587–2900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM | Date: April 26, 2010 |
| **(Form rev. 12/09:341–B9B)** | / |

## EXPLANATIONS

B9B (Official Form 9B)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1)file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1           User: adomingue              Page 1 of 2                   Date Rcvd: Apr 26, 2010
Case: 10-14812                 Form ID: b9b                 Total Noticed: 46


The following entities were noticed by first class mail on Apr 28, 2010.
db          +Kerosene Cowboys, Inc.,    12400 Ventura Boulevard - #674,    Studio City, CA 91604-2406
aty         +John D Monte,    15303 Ventura Boulevard Ninth Floor,    Sherman Oaks, CA 91403-3110
tr          +Brad D Krasnoff,    221 N. Figueroa Street, Suite 1200,    Los Angeles, CA 90012-2663
smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,     P. O. Box 826880,
              Sacramento, CA  94280-0001
smg          Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA  90053-0200
ust         +United States Trustee (SV),    21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
26239992    +Alexander Belkanov,    c/o cott Tepper,    1801 Century Park East - #2300,
              Los Angeles, CA 90067-2325
26239993    +Austin Priester,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26239994     Bass Entertainment,    435 S. Curson - TWR 48 9C,    Los Angeles, CA 90036
26239995    +Bill Pullman,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26239996    +Bryan McIntyre,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26239997    +Christopher Michael,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26239998    +David Riggs,    11510 Dona Dorothea Drive,    Studio City, CA 91604-4249
26239999    +Dimitri Guzeev,    c/o Scott Tepper, Esq.,    1801 Century Park East - #2300,    90067-2325
26240000    +Directors Guild of America,    7920 W.Sunset Bl,    Los Angeles, CA 90046-3347
26240001    +Don Pugsley,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240002    +Edward Carnevale,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240003    +Jacob Varags,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240004    +Jaime Arizmendez,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240005    +James Wellington,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240006    +Jason Gray Stanford,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240007    +Jason Shane Scott,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240008    +John Sterling Carter,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240009    +Kim Bass,    435 S. Curson Av - Twr 48 9C,    Los Angeles, CA 90036-5235
26240010    +Kyle Hefner,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240011    +Mario van Peebles,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240012    +Martin Kove,    c/o SAG 5757 Wilshire Bl - 7th Fl,    Los Angeles, CA 90036-3643
26240013    +Mike Sorrentino,    5715 Newlin Av,    Whittier, CA 90601-2426
26240014    +Paul Taylor,    2818 Larkfield Av,    Arcadia, CA 91006-5526
26240015    +Rachel Leigh-Cook,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240016    +Randall Arrington,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240017    +Randy Arrington,    5206 Merrick Drive,    Peachtree City, GA 30269-6701
26240018    +Rndy Vampotic,    5715 Newlin Av,    Whittier, CA 90601-2426
26240019     Ron Hersey,    5478 Greenleaf Road,    West Vancouver BC,    Canada
26240020    +Ryan Joseph Sands,    c/o SAG 5757 Wilshire Bl - 7th Fl,    Los Angeles, CA 90036-3643
26240021    +Screen Actors Guild,    5757 Wilshire Bl - 7th Fl,    Los Angeles, CA 90036-3643
26240022    +Screen Actors Guild Health/Pension,    5757 Wilshire Bl - 7th Fl,    Los Angeles, CA 90036-3643
26240023    +Screen Actors Guild Payroll Dept,    5757 Wilshire Bl - 7th Fl,    Los Angeles, CA 90036-3643
26240024    +Shaun Redick,    c/o The Collective,    9100 Wilshire Bl - #700 West Twr,
              Beverly Hills, CA 90212-3423
26240025    +The Donovan Firm,    915 Wilshire Bl - #1610,    Los Angeles, CA 90017-3445
26240026    +Tony Shepard,    15416 Keswick St,    Van Nuys, CA 91406-2008
26240027    +Troy Garity,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240028    +Vanguard Industries West,    2440 Impala Drive,    Carlsbad, CA 92010-7226
26240029    +Wali Razaqi,    c/o SAG 5757 Wilshire Bl 7th Fl,    Los Angeles, CA 90036-3643
26240030    +Yari Film Group,    10850 Wilshire Bl - 6th Fl,    Los Angeles, CA 90024-4319

The following entities were noticed by electronic transmission on Apr 27, 2010.
tr           +EDI: QBDKRASNOFF.COM Apr 26 2010 21:33:00      Brad D Krasnoff,
              221 N. Figueroa Street, Suite 1200,    Los Angeles, CA 90012-2663
smg           EDI: CALTAX.COM Apr 26 2010 21:38:00      Franchise Tax Board,    ATTN: Bankruptcy,
              P. O. Box 2952,    Sacramento, CA  95812-2952
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-1          User: adomingue          Page 2 of 2          Date Rcvd: Apr 26, 2010
Case: 10-14812                Form ID: b9b             Total Noticed: 46
```

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**                    **Signature:**    *Joseph Speetjens*